**DISMISS and Opinion Filed March 8, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-17-01182-CV**

**CHAN IL PAK, Appellant**

**V.**

**AD VILLARAI, LLC., THE ASHLEY NICOLE WILLIAMS TRUST, VILLAS ON RAIFORD, LLC., AND TERRI ANDERSON, AND VILLAS ON RAIFORD CARROLLTON SENIOR HOUSING, LLC., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-00432**

## MEMORANDUM OPINION

Before Justices Whitehill, Molberg, and Reichek
Opinion by Justice Whitehill

Appellee filed a motion to dismiss attaching the parties' Rule 11 agreement to dismiss this appeal. Appellant did not respond. Accordingly, we grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a).

/Bill Whitehill/
_____
BILL WHITEHILL
JUSTICE

171182F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CHAN IL PAK, Appellant

No. 05-17-01182-CV     V.

AD VILLARAI, LLC., THE ASHLEY
NICOLE WILLIAMS TRUST, VILLAS
ON RAIFORD, LLC., AND TERRI
ANDERSON, AND VILLAS ON
RAIFORD CARROLLTON SENIOR
HOUSING, LLC., Appellee

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-15-00432.
Opinion delivered by Justice Whitehill.
Justices Molberg and Reichek participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered March 8, 2019.